# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Amanda Ott, ) | |
| ) | |
| ) | No. 3:12cv486 |
| ) | |
| Plaintiffs, ) | Judge Campbell |
| ) | Magistrate Judge Brown |
| vs. ) | |
| ) | |
| Publix Supermarkets, Inc., ) | Jury Demand |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE

The undersigned, a member of this Court's bar, moves for the admission of C. Andrew Head for this particular case. As described in his declaration which accompanies this Motion, Mr. Head is a member in good standing of the bar of the State of Georgia (Bar No. 341472) and has been admitted to the United States District Court for the Northern District of Georgia.

Respectfully submitted,

*/s/ Charles P. Yezbak, III*
Charles P. Yezbak, III
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215
(615) 250-2000
(615) 250-2020 (Facsimile)

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing Motion for Admission Pro Hac Vice, Declaration of C. Andrew Head in support of motion were served on the following individuals on May 16, 2012 via U.S. Mail.

Publix Supermarkets, Inc.
c/o CT Corporation, Registered Agent for Service of Process
800 S. Gay Street Suite 2021
Knoxville, TN 37929

/s/ Charles P. Yezbak, III
Charles P. Yezbak, III