# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AMANDA OTT, individually and on behalf of all others similarly situated, | : :  : |
| Plaintiff, | : Case: 3:12-cv-00486 : |
| v. | : : |
| PUBLIX SUPER MARKETS, INC., | : : |
| Defendant. | : : |

**PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE**

The undersigned, a member of this Court's bar, moves for the admission of David A. Hughes for this particular case. As described in his affidavit which accompanies this Motion, Mr. Hughes is a member in good standing of the bar of the State of Alabama (Bar No. 3923-U82D) and has been admitted to the United States District Court for the Northern District of Alabama.

Respectfully submitted,

*/s/ Charles P. Yezbak, III*
Charles P. Yezbak, III
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215
(615) 250-2000
(615) 250-2020 (Facsimile)

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a copy of the foregoing Motion for Admission Pro Hac Vice, Affidavit of David A. Hughes in support of motion were served on the following individuals on May 18, 2012 via U.S. Mail.

>Publix Supermarkets, Inc.
>c/o CT Corporation, Registered Agent for Service of Process
>800 S. Gay Street Suite 2021
>Knoxville, TN 37929

>*/s/ Charles P. Yezbak, III*
>Charles P. Yezbak, III