IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMANDA L. OTT )
)
v. ) NO. 3-12-486
) JUDGE CAMPBELL
PUBLIX SUPER MARKETS, INC. )

ORDER

Pending before the Court are Defendant's Motion to Dismiss Plaintiff's Time-Barred Claims and Strike Certain Class Allegations (Docket No. 15) and Defendant's Motion to Transfer (Docket No. 21). Defendant's Motion to Dismiss (Docket No. 15) is DENIED as moot. For the reasons stated in the accompanying Memorandum, Defendant's Motion to Transfer (Docket No. 21) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE