UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMANDA L. OTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:12-0486 |
| | ) | Judge Campbell/Brown |
| PUBLIX SUPER MARKETS, INC., | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

**O R D E R**

An initial case management order was entered in this case on August 8, 2012.

It was the Magistrate Judge's understanding that plaintiff's counsel would be filing appropriate motions to request a class and court-approved notification order entered for opt-in plaintiffs.

It has now been over six months and no such motion has been filed.

The scheduling order was based on the premise that this motion would be filed within a short period of time since plaintiff's counsel was concerned that the statute of limitations continued to run for potential opt-in plaintiffs.

A case management conference to set firm deadlines for the completion of this case and to recommend a trial date is set for **4:00 p.m. on February 28, 2013**. The parties shall call the Magistrate Judge's conference number of 615/695-2851 at the appointed hour. Counsel are requested to submit to the Magistrate

Judge by noon on February 28, 2013, a proposed scheduling order for completion of the pretrial aspects of this case.

It is so **ORDERED**.

s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge
