UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMANDA L. OTT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 3:12-0486 |
| v. | ) | Judge Campbell/Brown |
| | ) | **Jury Demand** |
| PUBLIX SUPER MARKETS, INC., | ) | |
| | ) | |
| Defendant | ) | |

**O R D E R**

A lengthy telephone conference was held with the parties on October 29, 2013, to discuss a scheduling order. The Magistrate Judge worked with the parties over the draft scheduling order they had presented and believes that he has resolved the various issues. The parties are requested to resubmit the revised case management order within **14 days** for his signature. The scheduling order does contemplate a new trial date and counsel will be filing a motion for a new trial date with Judge Campbell, which the Magistrate Judge recommends be granted.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge