IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMANDA L. OTT, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>        Defendant. | **Civil Action No. 3:12-cv-00486**<br><br>**District Judge Todd J. Campbell**<br><br>**Magistrate Judge Joe Brown**<br><br>**JURY DEMAND** |

## PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE

The undersigned, a member of this Court's bar, moves for the admission of Jerilyn E. Gardner for this particular case. As described in her declaration which accompanies this Motion, Ms. Gardner is a member in good standing of the bar of the State of Georgia (Bar No. 139779) and has been admitted to the United States District Court for the Northern District of Georgia.

                                       Respectfully submitted,

                                       */s/ Charles P. Yezbak, III*
                                       Charles P. Yezbak, III
                                       2002 Richard Jones Road
                                       Suite B-200
                                       Nashville, TN 37215
                                       (615) 250-2000
                                       (615) 250-2020 (Facsimile)

                                       Attorney for Plaintiff

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a true and correct copy of the foregoing using the CM/ECF filing system, which will send a notice of electronic filing to the following attorneys of record for Defendant:

Wendy V. Miller
Tennessee Bar No. 023500
Attorney for Defendant
**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**
401 Commerce Street, Suite 1200
Nashville, Tennessee 37219
Telephone: (615) 254-1900
Facsimile: (615) 254-1908
Email: wendy.miller@ogletreedeakins.com

Michael J. Gray
Illinois Bar No. 06210880
Attorney for Defendant
**JONES DAY**
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: mjgray@jonesday.com

Craig S. Friedman
Georgia Bar No. 335145
Attorney for Defendant
**JONES DAY**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
Email: csfriedman@jonesday.com

Edmund J. McKenna
Florida Bar No. 0845922
Attorney for Defendant
**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**
100 North Tampa Street, Suite 3600
Tampa, Florida 33602

Telephone: (813) 289-1247
Facsimile: (813) 289-6530
Email: edmund.mckenna@ogletreedeakins.com

                                            */s/ Charles P. Yezbak, III*
                                            Charles. P. Yezbak, III