IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMANDA L. OTT, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>        Defendant. | **Civil Action No. 3:12-cv-00486**<br><br>**District Judge Todd J. Campbell**<br><br>**Magistrate Judge Joe Brown**<br><br>**JURY DEMAND** |

## PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE

The undersigned, a member of this Court's bar, moves for the admission of Charles A. Hardin for this particular case. As described in his declaration which accompanies this Motion, Mr. Hardin is a member in good standing of the bar of the State of Alabama (Bar No. HAR186) and has been admitted to the United States District Court for the Northern District of Alabama.

Respectfully submitted,

/s/ *Charles P. Yezbak, III*
Charles P. Yezbak, III
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215
(615) 250-2000
(615) 250-2020 (Facsimile)

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a true and correct copy of the foregoing Plaintiff's Motion for Pro Hac Vice for Chuck Hardin using the CM/ECF filing system, which will send a notice of electronic filing to the following attorneys of record for Defendant:

>Wendy V. Miller
>Tennessee Bar No. 023500
>Attorney for Defendant
>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
>401 Commerce Street, Suite 1200
>Nashville, Tennessee 37219
>Telephone: (615) 254-1900
>Facsimile: (615) 254-1908
>Email: wendy.miller@ogletreedeakins.com
>
>Michael J. Gray
>Illinois Bar No. 06210880
>Attorney for Defendant
>**JONES DAY**
>77 West Wacker
>Chicago, Illinois 60601
>Telephone: (312) 782-3939
>Facsimile: (312) 782-8585
>Email: mjgray@jonesday.com
>
>Craig S. Friedman
>Georgia Bar No. 335145
>Attorney for Defendant
>**JONES DAY**
>1420 Peachtree Street, N.E., Suite 800
>Atlanta, Georgia 30309
>Telephone: (404) 581-3939
>Facsimile: (404) 581-8330
>Email: csfriedman@jonesday.com
>
>Edmund J. McKenna
>Florida Bar No. 0845922
>Attorney for Defendant
>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
Email: edmund.mckenna@ogletreedeakins.com

          */s/ Charles P. Yezbak, III*
          Charles. P. Yezbak, III