IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMANDA L. OTT, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>Defendant. | Civil Action No. 3:12-cv-00486<br><br>**District Judge Todd J. Campbell**<br><br>**Magistrate Judge Joe Brown**<br><br>**JURY DEMAND** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF HEATHER DECHERT

Defendant, Publix Super Markets, Inc. ("Defendant"), by its attorneys and pursuant to Local Rule 83.01(d), moves that Heather Dechert be admitted to practice before this Court on behalf of Defendant in the matter of Amanda Ott v. Publix Super Markets, Inc. In support of this motion, Defendant states as follows:

Heather Dechert is an attorney at law at the law firm of Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190. Ms. Dechert is a member in good standing of the bar of the United States District Court for the Northern District of Ohio. A certificate of Good Standing from the Northern District of Ohio is attached hereto as Exhibit A.

Ms. Dechert is not a resident of this district and does not maintain an office in this district. Similarly, Ms. Dechert is not currently, nor has ever been, suspended, disciplined, or disbarred from any court.

Should this motion be granted, Ms. Dechert will, in good faith, be bound and will, in all respects, abide by the rules and regulations of this Court as to any and all matters arising during

or pertaining to the above-entitled cause, and will subject and submit himself to the full disciplinary powers of this Court.

WHEREFORE, Defendant Publix Super Markets, Inc. respectfully moves for admission before this Court of Ms. Dechert for the purpose of representing Defendant.

Respectfully submitted,


  /s/ Brent Knight
Wendy V. Miller
Tennessee Bar No. 023500
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
401 Commerce Street, Suite 1200
Nashville, Tennessee 37219
Telephone: (615) 254-1900
Facsimile: (615) 254-1908
Email: wendy.miller@ogletreedeakins.com

Edmund J. McKenna (*pro hac vice*)
Florida Bar No. 0845922
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
Email: edmund.mckenna@ogletreedeakins.com

Michael J. Gray (*pro hac vice*)
Illinois Bar No. 06210880
Brent D. Knight (*pro hac vice*)
Illinois Bar No. 6257108
**JONES DAY**
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: mjgray@jonesday.com
Craig S. Friedman (*pro hac vice*)
Georgia Bar No. 335145
**JONES DAY**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
Email: csfriedman@jonesday.com

Attorneys For Defendant

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a true and correct copy of the foregoing using the CM/ECF filing system, which will send a notice of electronic filing to the following

Charles Yezbak, III
Yezback Law Offices
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215

David Hughes
Hughes & Hardin, LLP
2121 14th Street
Tuscaloosa, Alabama 35401

C. Andrew Head
Fried & Bonder, LLC
White Provision, Suite 305
1170 Howell Mill Road, NW
Atlanta, Georgia 30318

on this 28th day of August, 2014.

                                             /s/ Brent Knight
                                             Brent Knight