IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMANDA L. OTT | ) |
| | ) |
| v. | ) NO. 3-12-486 |
| | ) JUDGE CAMPBELL |
| PUBLIX SUPER MARKETS, INC. | ) |

ORDER

Pending before the Court is a Joint Motion for Approval of Settlement Class Notice Materials (Docket No. 250). Court approval of these materials is a condition of the Settlement Agreement approved by the Court on February 4, 2015 (Docket No. 249). The Joint Motion is GRANTED, and the Court approves the Class Notice Materials attached to the Motion.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE